UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| PAULA FELTON-MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 2:10-CV-5-FL |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendations entered by the United States Magistrate Judge, to which plaintiff timely objected and defendant responded.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 17, 2010, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. The decision of the commissioner is upheld and this matter is dismissed.

**This Judgment Filed and Entered on November 22, 2010, and Copies To:**

Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Amy C. Rigney (via CM/ECF Notice of Electronic Filing)


November 22, 2010                      DENNIS P. IAVARONE, CLERK
                                       /s/ Christa N. Baker
                                       _____
                                       (By) Christa N. Baker, Deputy Clerk